UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

> Sealed
> Public and unofficial staff access to this instrument are prohibited by court order.
>
> United States Courts
> Southern District of Texas
> FILED
>
> MAR 20 2013
>
> David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. **13CR165** |
| TEVON HARRIS,<br>a/k/a "Da Kidd" a/k/a "King Kidd"<br>Defendant. | § § § | |

**UNSEALED PER ORDER**

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Sex Trafficking)

On or between January 28, 2012 and January 31, 2012, within the Southern District of Texas and elsewhere,

**TEVON HARRIS a/k/a "Da Kidd" a/k/a "King Kidd,"**

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely a minor female known as T.L., who had attained the age of 14 but was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means T.L. knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause T.L. to engage in a commercial sex act, and that (2) T.L. had not attained the age of 18 years and would be caused to engage in a commercial sex;

**In violation of Title 18, United States Code, Section 1591(a), (b)(1) and (2) and 2.**

1

## COUNT TWO
### (Sex Trafficking)

On or between July 1, 2012 and July 17, 2012, within the Southern District of Texas and elsewhere,

**TEVON HARRIS a/k/a "Da Kidd" a/k/a "King Kidd,"**

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely a minor female known as S.A., who had attained the age of 14 but was under 18, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means S.A. knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause S.A. to engage in a commercial sex act, and that (2) S.A. had not attained the age of 18 years and would be caused to engage in a commercial sex;

**In violation of Title 18, United States Code, Section 1591(a), (b)(1) and (2) and 2.**

A True Bill:

Original Signature on File

Grand Jury Foreperson

KENNETH MAGIDSON
United States Attorney

By: *[signature]*
Sherri L. Zack
Assistant United States Attorney
713-567-9374

2