# SENTENCE DATA SHEET

| | |
|---|---|
| **CRIMINAL NO.:** | H-13-165 |
| **DEFENDANT:** | TEVON HARRIS |
| **DEFENDANT'S IMMIGRATION STATUS:** | U.S. |
| **GUILTY PLEA:** | Counts One and Two |
| **SUBSTANCE OF PLEA AGREEMENT:** | Pursuant to Rule 11(c)(1)(A) & (B) |

The defendant agrees to:

1) plead guilty to Counts One and Two of the Indictment;

2) waive right to appeal and collaterally attack this conviction;

The government agrees to:

1) not oppose defendant's anticipated request to the Court and the United States Probation Office that he receive a three (3) level downward adjustment of his offense level for acceptance of responsibility as contemplated in U.S.S.G. Section 3E1.1(a) & (b);

2) abandon subsection (b)(1) of the indictment for Counts One and Two

**COUNTS 1 AND 2:** <u>Sex trafficking of children</u> = 18 U.S.C. 1591(a) and (b)(2)

1a. That the defendant knowingly in or affecting interstate commerce recruited, enticed, harbored, transported, provided, obtained or maintained by any means a person;

>           or
>
>    1b.   That the defendant benefitted, financially or by receiving anything of value, from participation in a venture which has engaged in an act described above; and
>
>    2.    That the person has not attained the age of 18 years and was caused to engage in a commercial sex act.

According to subsection (c) in a prosecution under section (a)(1) of the statute if defendant had a reasonable opportunity to observe the person so recruited, enticed, harbored, transported, provided, obtained or maintained, the government need not prove that the defendant knew the person had not attained the age of 18.

**PENALTY:** A term of imprisonment for not less than ten (10) years or for life and a fine of up to $250,000.

**SUPERVISED RELEASE:** At least 5 years up to any term of years or Life

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Not Applicable

**SENTENCING GUIDELINES:** Applicable

**FORFEITURE:** Applicable

**SPECIAL ASSESSMENT:** $100 per count of conviction

**ATTACHMENT:** Plea agreement